UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF MICHIGAN

In re: **Holly Ann Guzman**                    ,

Debtor(s).

_____ /

CHAPTER 13

CASE NO:    **17-48255**

JUDGE        **Thomas Tucker**

## <u>ORDER CONFIRMING PLAN</u>

The Debtor(s)' Chapter 13 plan was duly served on all parties in interest. A hearing on confirmation of the plan was held after due notice to parties in interest. Objections, if any, have been resolved. The Court hereby finds that each of the requirements for confirmation of a Chapter 13 plan pursuant to 11 USC §1325(a) are met.

Therefore, IT IS HEREBY ORDERED that the Debtor(s)' Chapter 13 plan, as last amended, if at all, is confirmed.

**IT IS FURTHER ORDERED that** <u>Babut Law Offices PLLC,</u> **Attorney for the Debtor(s),** shall file a fee application for all fees and costs. Pursuant to the Debtor's Plan, the Trustee shall escrow $3, 000.00 for this purpose.

IT IS FURTHER ORDERED that the Debtor(s) shall maintain all policies of insurance on all property of the Debtor(s) and this estate as required by law and contract.

All filed claims to which an objection has not been filed are deemed allowed pursuant to 11 USC §502(a), and the Trustee is therefore ORDERED to make distributions on these claims pursuant to the terms of the Chapter 13 plan, as well as all fees due the Clerk pursuant to statute.

IT IS FURTHER ORDERED as follows: [*Only provisions checked below apply*]

☐ The Debtor(s) shall remit ____% of all tax refunds to which Debtor(s) is/are entitled during the pendency of the Plan and shall not alter withholdings without Court approval.

☐ The Debtor(s)' Plan shall continue for no less than _____ months.

☐ The claim of _____ shall be paid in accordance with its duly filed claim unless otherwise ordered by the Court.

☐ The Debtor(s)' Plan payments shall be increased to $_____ per _____ effective the _____ day of _____, 20___.

☐ Creditor's rights to object to the last filed Amended Plan are preserved until _____.

☒ Other: Ford Motor Credit Company, LLC, shall be paid direct by the Debtor pursuant to its contract, and is not required to file an amended proof of claim pursuant to LBR 4001-6. The Debtor is current and the Trustee is not required to pay the Claim.

☒ Other:  Pursuant to the stipulated Order entered on 07/31/2017 [docket # 29], the Claim of Bank of America Home Loans [Pacer Claim 3] shall be treated as a Class 9 General Unsecured Claim and all other terms of the Order are incorporated herein.

**Objections Withdrawn**

For Creditor Ford Motor Credit /s/ **Shakeena G. Melbourne (P78958).**

For Creditor _____

Approved:

/s/Tammy L. Terry
**Tammy L. Terry**
Chapter 13 Standing Trustee
535 Griswold, Suite 2100
Detroit, MI 48226
(313) 967-9857

**/s/ Thomas Paluchniak**
**Thomas Paluchniak P70284**
**Babut Law Offices PLLC**
Attorney for Debtor(s)
700 Towner Street
Ypsilanti, MI 48198
(734) 485-7000
tpaluchniak@babutlaw.com

Signed on September 27, 2017



/s/ Thomas J. Tucker
_____
Thomas J. Tucker
United States Bankruptcy Judge